◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT C. JORDAN, Appellant.— Order affirmed. (See *People* v. *Lynn*, 28 N Y 2d 196; *People* v. *Ali*, 35 A D 2d 435.) Reynolds, J. P., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.